**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-6814**

---

JIMMIE JOHNSON,

                              Petitioner - Appellant,

      versus

EARL BESHEARS, Warden; ATTORNEY GENERAL OF THE
STATE OF MARYLAND,

                              Respondents - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-94-39-JFM)

---

Submitted:  January 23, 1996        Decided:  February 9, 1996

---

Before WIDENER, HALL, and LUTTIG, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jimmie Johnson, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Mary Jennifer Landis, Assistant Attorney General,
Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Johnson v. Beshears</u>, No. CA-94-39-JFM (D. Md. Apr. 14, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2